638

Commonwealth ex rel. Miller, Appellant, v. Myers.

Submitted November 9, 1965.   Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

James F. Miller, appellant, in propria persona.

Gordon Gelfond and Joseph M. Smith, Assistant District Attorneys, F. Emmett Fitzpatrick, Jr., First Assistant District Attorney, and James C. Crumlish, Jr., District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1966:
Order affirmed.